| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, JR., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>ANTHONY SOK SAY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-109 JAM |
| Plaintiff, | ) | STIPULATION AND ORDER REGARDING RELEASE |
| v. | ) | Judge: Hon. John A. Mendez |
| ANTHONY SOK SAY, | ) | Date; March 13, 2018 |
| Defendant. | ) | Time: 9:15 a.m. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Anthony Sok Say, through their respective attorneys, that the Court order the United States Marshals Service to dress Mr. Say in his civilian clothes for his disposition hearing on March 13, 2018, so that if the Court imposes the Time Served disposition anticipated by the parties, the U.S. Marshals can release Mr. Say directly from the courthouse to facilitate his prompt transportation to a residential drug treatment facility.

Probation Officer Wendy Reyes agrees with this release procedure.

| | | |
|---|---|---|
| 1 | DATED: March 12, 2018 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |

*/s/ M. Petrik, Jr.*
M. PETRIK, JR.
Assistant Federal Defender
Attorney for ANTHONY SOK SAY

DATED: March 12, 2018        McGREGOR W. SCOTT

United States Attorney

*/s/ Miriam Hinman*
MIRIAM HINMAN
Assistant United States Attorney

# **O R D E R**

The Court orders the United States Marshals Service to dress Mr. Say in his civilian clothes for his disposition hearing on March 13, 2018, so that the U.S. Marshals are prepared to release Mr. Say directly from the courthouse if the Court imposes a Time Served disposition.

DATED: March 12, 2018

        /s/ John A. Mendez_____
        HON. JOHN A. MENDEZ
        United States District Court Judge